# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BROADCAST MUSIC, INC., CONCORD MUSIC GROUP, INC. d/b/a JONDORA MUSIC; EVIL EYE MUSIC, INC.; BOCEPHUS MUSIC INC.; ABKCO MUSIC, INC.; CYANIDE PUBLISHING; HOUSE OF CASH, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; COMBINE MUSIC CORP.; UNICHAPPELL MUSIC, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; TOKECO TUNES; PAINTED DESERT MUSIC CORPORATION, and CENTRAL SONGS, a division of BEECHWOOD MUSIC CORPORATION,<br>　　　　Plaintiffs<br><br>　　　v.<br><br>THE STATION HOUSE IRISH PUB & STEAKHOUSE, LTD d/b/a STATION HOUSE IRISH PUB & STEAKHOUSE; GARY RUSSO and CHRISTOPHER BENSON, each individually,<br>　　　　Defendants | No. 3:13cv2494<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 12th day of August 2014, Plaintiffs' motion for default judgment (Doc. 15) is hereby **GRANTED** as follows:

1) Plaintiffs shall recover from Defendants Station House Irish Pub & Steakhouse, Gary Russo and Christopher Benson, jointly and severally, statutory

damages in the amount of one thousand five hundred dollars ($1,700.00) for each of the seventeen (17) copyrights of musical compositions they infringed in this case, for a total of $28,900.00, pursuant to 17 U.S.C. § 504(c)(1);

    2) Plaintiffs shall recover from Defendants Station House Irish Pub & Steakhouse, Gary Russo and Christopher Benson, jointly and severally, full costs in this action, including reasonable attorneys' fees, in the amount of $4,277.00, pursuant to 17 U.S.C. § 505;

    3) Plaintiffs shall recover from Defendants Station House Irish Pub & Steakhouse, Gary Russo and Christopher Benson, jointly and severally, interest on the full amount of this judgment, from the date of the judgment, pursuant to 28 U.S.C. § 1961;

    4)  Defendants Station House Irish Pub & Steakhouse, Gary Russo and Christopher Benson, and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.; and

    5) The Clerk of Court is directed to enter judgment in favor of the plaintiffs and against the defendants in the amount of $33,177.00 and to **CLOSE** this case.

                                      **BY THE COURT:**

                                      **s/ James M. Munley**  
                                      **JUDGE JAMES M. MUNLEY**  
                                      **United States District Court**